UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Howard Schultz<br><br>Plaintiff,<br><br>vs.<br><br>Aero Systems Engineering, Inc.<br><br>Defendant. | No.: 01-1461 DSD/SRN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED and agreed by the undersigned parties, acting through their undersigned duly authorized attorneys, that all claims in Plaintiff Scott Howard Schultz's Complaint against Defendant Aero Systems Engineering, Inc. are hereby dismissed with prejudice and on the merits without further cost to any party hereto and that a judgment of dismissal with prejudice in accordance with this Stipulation shall be immediately entered by the Court without further notice.

Dated: May 31, 2002

WANDLING RUGARA & FOWLKES, PLLP

By: [signature]
Christopher W. Fowlkes, #0285432

1000 Shelard Parkway
Suite 600
Minneapolis, MN 55426
(952) 544-6797

*Attorneys for Plaintiff*
*Scott Howard Schultz*

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 6-17-02
DEPUTY CLERK

Dated: ~~May __, 2002~~
June 6, 2002

WINTHROP & WEINSTINE, P.A.

By: ______________________
~~David P. Pearson, #84712~~
Philip R. Mahowald, #274902
Justice Ericson Lindell, #312071

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700

*Attorneys for Defendant*
*Aero Systems Engineering, Inc.*

ORDER

Based upon the foregoing Stipulation, and the General Release and Settlement Agreement entered into between the parties which is hereby incorporated by the Court, IT IS HEREBY ORDERED that all claims in Plaintiff Scott Howard Schultz's Complaint against Defendant Aero Systems Engineering, Inc. are hereby dismissed with prejudice and on the merits without further cost to any party and that a judgment of dismissal with prejudice shall be immediately entered without further notice. This Court retains jurisdiction over the parties with respect to the General Release and Settlement Agreement.

LET JUDGMENT BE ENTERED FORTHWITH.

Dated: ~~May~~ June 17, 2002

BY THE COURT

______________________
David S. Doty
Senior United States District Judge

idmsstp:655907_2